**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.
Roman Datsky

CASE/CITATION NO. 2:14mj00206-AC

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 01-11-91
DRIVER'S LICENSE #: _____
ADDRESS: 3490 Francis dr
Loomis          CA          95650
CITY            STATE       ZIP CODE

**FILED**
NOV - 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 11/3/14                    _____
                                  DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 700.00 _____ and a penalty assessment of $ 10.00 _____ for a TOTAL AMOUNT OF: $ 710.00 _____ within _____ days/months; or payments of $ 30.00 per month, commencing _____ and due on the 5th of each month until paid in full.   12/5/14
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
     completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
CHARLOTTE, NC 28272-0939

**CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11/3/14                    _____
                                  U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                       EDCA-3