IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 2:14-mj-00206-AC |
| Plaintiff,  )  | ORDER TO SHOW CAUSE AND ORDER |
|  )  | TO ISSUE SUMMONS RE: PROBATION |
| v.  )  | REVOCATION |
| ROMAN DATSKIY,  )  | |
| Defendant.  )  | |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on October 17, 2016, at 9:00 a.m. to show cause why the probation granted on November 3, 2014, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on October 17, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 16, 2016

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE